**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6689**

———————

LEON LORENZO HARRIS,

                                                  Plaintiff - Appellant,

     versus

L. BARLOW, the Sheriff of Piedmont Regional
Jail; SERGEANT COLE, Piedmont Regional Jail,
Medical Department Supervisor; NURSES,

                                          Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-97-19-2)

———————

Submitted: October 10, 1997      Decided: November 12, 1997

———————

Before HALL and MURNAGHAN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Leon Lorenzo Harris, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) action without prejudice for failing to comply with a court order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Harris v. Barlow</u>, No. CA-97-19-2 (E.D. Va. Apr. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>